IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JENNIFER DAIGLE | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: |
| FLAHART TRANSPORT, INC., *et al* | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \*

## NOTICE OF REMOVAL

Petitioners/Defendants, FLAHART TRANSPORT, INC. ("Flahart") and BRANDON DENLINGER ("Denlinger"), through their undersigned attorneys, pursuant to 28 U.S.C. §1441 *et seq*, file this Notice of Removal of this action from the Circuit Court for Baltimore City, Maryland, in which it is now pending, to the United States District Court for the District of Maryland, and in support thereof respectfully aver as follows:

1. Petitioners/Defendants Flahart and Denlinger have been named as Defendants in a suit filed in the Circuit Court for Baltimore City, Case No.: 24-C-22-003494 OT.

2. Plaintiff is a resident of Baltimore City, Maryland.

3. Petitioner/Defendant Flahart is incorporated in and has its principal place of business in the Commonwealth of Pennsylvania.

4. Petitioner/Defendant Denlinger is a resident of Paradise, Pennsylvania.

5. The above-entitled action is one in which this Court has original jurisdiction pursuant to Title 28 U.S.C. §1332. Petitioners seek to remove this action to this Court under Title 28 U.S.C. §1441.

6. Filed herewith as Exhibits 1 through 7, respectively, are the Writ of Summons issued to Flahart, Reissued Writ of Summons issued to Denlinger, Complaint and Demand for Jury Trial, Flahart's Answer to Plaintiff's Complaint, Consent Amendment of Complaint by Interlineation, Line Requesting Renewal and Reissuance of Summons and Joint Stipulation of Dismissal With Prejudice as to Defendant, Kilby Farms, LLC.

7. The above-entitled matter is a civil action in which the Plaintiff alleges negligence on the part of Petitioners/Defendants.

8. Petitioners are entitled to removal because there is complete diversity of citizenship between Plaintiff and Defendants and the amount in controversy exceeds $75,000.00. Plaintiff is a resident of Baltimore City, Maryland. Petitioner/Defendant Flahart is incorporated in and has its principal place of business in the Commonwealth of Pennsylvania. Petitioner/Defendant Denlinger is a resident of Paradise, Pennsylvania. Plaintiff's Complaint seeks judgment in excess of $75,000.00.

9. All served defendants join and consent to this Notice of Removal.

WHEREFORE, Petitioners/Defendants, FLAHART TRANSPORT, INC. and BRANDON DENLINGER, respectfully request that the above-entitled action be removed from the Circuit Court for Baltimore City, Maryland to the United States District Court for the District of Maryland.

Respectfully submitted,

*/s/ Heather A. Rice*
Heather A. Rice (#19584)
FRANKLIN & PROKOPIK. P.C.
2 N. Charles Street, Suite 600
Baltimore, Maryland 21201
Telephone: 410-230-3617
Facsimile: 410-752-6868
hrice@fandpnet.com
*Attorneys for Petitioners/Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of October 2022, a copy of the foregoing Notice of Removal served via the Court's ECF system upon:

Jason A.L. Timoll, Esquire
2330 W. Joppa Road, Suite 203
Lutherville, Maryland 21093
*Attorney for Plaintiff*

*/s/ Heather A. Rice*
Heather A. Rice (#19584)