| | | |
|---|---|---|
| JENNIFER DAIGLE<br>3457 Chestnut Avenue<br>Baltimore, Maryland 21211 | *<br><br>* | IN THE |
| Plaintiff | * | CIRCUIT COURT FOR |
| v. | * | BALTIMORE CITY |
| FLAHART TRANSPORT, INC<br>161 Sigman Road.<br>New Providence, Pennsylvania 17560 | * | |
| Serve on:<br>Benjamin Flahart<br>161 Sigman Road<br>New Providence Road, Pennsylvania 17560 | *<br><br>* | CASE NO._____ |
| And | * | |
| BRANDON DELINGER<br>94 Mount Pleasant Road<br>Paradise, Pennsylvania 17562 | *<br><br>*<br><br>*<br><br>* | |
| And | * | |
| KILBY FARMS, LLC<br>785 Firetower Rd.<br>Colora, Maryland 21911 | *<br><br>*<br><br>* | |
| Serve on:<br>Tracy Martin<br>32 Boyd Road<br>Rising Sun, Maryland 21911 | *<br><br>* | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Exhibit 3

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Jennifer Daigle, by and through her undersigned attorneys, files this Complaint against Defendants, Flahart Transport Inc., Kilby Farms, LLC, and Brandon Delinger and alleges as follows:

## THE PARTIES

1. Plaintiff, Jennifer Daigle, was and is a resident of Baltimore City, Maryland at all relevant times.

2. Defendant Flahart Transport, Inc. (hereinafter "Flahart Transport") was and is a commercial transportation company, with its principal business headquarters in Pennsylvania, and regularly engaged in the transportation services within the State of Maryland. At all relevant times, Flahart Transport was the owner and operator of the commercial vehicle that crashed into the Plaintiff.

3. Defendant Kilby Farms LLC (hereinafter "Kilby Farms") was and is Maryland dairy production company registered to do business in the State of Maryland and headquartered in Rising Sun, Maryland. At all relevant times, and upon information and belief, Kilby Farms was under a contractual relationship with Flahart Transportation to transport and deliver their dairy products and was engaged in such business on the day of the collision.

4. Defendant Brandon Delinger, Inc. (hereinafter "Delinger") was and is a commercial truck driver residing in the State of Pennsylvania and availing himself to the laws of the State Maryland by regularly offering commercial delivery and transportation services. Upon information and belief, Defendant Delinger is and was a contractual employee, servant and/or

2

agent (actual or apparent) of Flahart Transportation and/or Kilby Farms and providing delivery/transportation services under said employment agreement(s).

## JURISDICTION & VENUE

5. This Court has personal jurisdiction over the Defendants pursuant to Maryland Code, Courts & Judicial Proceedings, § 6-103, because the cause of action arose in Maryland.

6. This Court has subject-matter jurisdiction over Defendants pursuant to Maryland Code, Courts & Judicial Proceedings, § 4-401(1), because the amount in controversy is greater than seventy-five dollars ($75,000.00).

7. Venue lies with the Circuit Court of Maryland for Baltimore City pursuant to Maryland Code, Courts & Judicial Proceedings, § 6-201(a) and §6-203, because Defendants carry on regular business, are employed, and habitually engage in a vocation in Baltimore City, Maryland and the tort-based negligence occurred within Baltimore City, Maryland.

8. Venue is proper in Baltimore City, Maryland and all conditions precedent to filing the subject lawsuit were met.

## FACTS COMMON TO ALL COUNTS

9. This action arises from an incident that occurred on or about August 16, 2019, at approximately 11:25 a.m., Plaintiff, Jennifer Daigle, was driving while travelling Eastbound on Gorsuch Street in Baltimore City when Defendants' commercial truck failed to stop at the cross-section red light at Loch Raven Boulevard thereby causing the catastrophic collision at that is the subject of this Complaint.

10. As a result of this collision, Ms. Daigle suffered multiple injuries including large lacerations to her scalp, multiple cuts and contusions, prolonged head and neck pain and severe

injury to her left shoulder and braechial plexus. She remains unable to fully extend her left shoulder and endures persistent pain and discomfort on a regular basis. Additionally, Plaintiff Daigle has suffered severe psychological injury and endures persist panic attacks when driving near and around big commercial trucks.

11. Plaintiff Daigle was taken from the scene of the accident via ambulance to Johns Hopkins Hospital where she required surgical sutures to close the gash on her scalp and receive treatment for severe pain in multiple areas of her body, especially her left side and shoulder, numerous sprains, bruises and contusions. She subsequently received months rehabilitative care at Multi-Specialty Healthcare Providers, FX Physical Therapy and remains under the care of Dr. Maggie Donegan, LCSW-C. To date her medical bills related to the aforementioned collision exceed fifty thousand dollars ($50,000.00).

## COUNT I – NEGLIGENCE
### (Defendandts Flahart Transport, Brandon Delinger and Kilby Farms)

12. Plaintiff incorporates by reference herein all of the above paragraphs.

13. That Defendants owed a duty to Plaintiff and other drivers to operate her vehicle in a prudent manner to avoid coming in contact with other motor vehicles and persons.

14. That due to the negligent, reckless and careless manner in which Defendants operated their vehicle, a collision occurred between their vehicle and Plaintiff's vehicle.

15. That Defendants were negligent in that they failed to keep their vehicle under proper control, failed to keep a proper lookout for other vehicles and failed to maintain a proper lookout in the direction in which she was traveling or attempting to travel, failed to stop at a red traffic signal, failed to keep a safe and proper distance between their vehicle and other vehicles and was otherwise negligent in causing the subject impact.

4

16. That the aforementioned accident occurred without any negligence or want of due care on the part of Plaintiff contributing directly or indirectly thereto.

17. That as a result of the negligence of the Defendants, Plaintiff was injured in and about her neck, back, shoulders, chest, hip, head and abdominal areas and was caused to suffer serious, painful and permanent physical and emotional injury as a result thereof.

18. As a result of the aforementioned injuries and resulting infirmities, Plaintiff required and will require medical care for the treatment of the injuries that she incurred and will incur medical expenses, lost time from her gainful employment, future economic loss and other pecuniary losses.

WHEREFORE, Plaintiff, Jennifer Daigle demands judgment against the Defendants in an amount in excess of seventy-five thousand dollars ($75,000.00)

## COUNT II – RESPONDEAT SUPERIOR
### (Defendant Flahart Transport)

19. Plaintiff incorporates by reference all prior Paragraphs of this Complaint as if fully set forth herein.

20. Defendant Flahart Transport was the owner of the vehicle being operated by Defendant Delinger at the time of the occurrence.

21. The above-described acts of Defendant Delinger were committed while acting as an agent, servant and/or employee of Defendant Flahart Transport in that Defendant Delinger was operating the vehicle with Defendant Flahart Transports' knowledge, consent, and permission, primarily for the benefit of Defendant Flahart Transport, and at all times, Defendant Flahart Transport retained direction, supervision, and control over Defendant Delinger's operation of the vehicle.

20. That Defendant Delinger was otherwise and in other manners acting as the agent and/or employee of Defendant Flahart Transport.

21. That above-described acts of Defendant Delinger were committed while in the scope of his employment and/or agency and while furthering the personal, corporate, and financial interests of Defendant Flahart Transport.

22. Because Defendant Delinger was acting as an agent, servant and/or employee of Defendant Flahart Transport and in furtherance of its interests, Defendant Flahart is responsible for all of the acts committed by Defendant Delinger while in the scope of his agency and/or employment, including the collision in this case that caused the Plaintiff's injuries.

WHEREFORE, the Plaintiff, Jennifer Daigle, demands judgment against Defendant, Flahart Transport in an amount in excess of seventy-five thousand dollars ($75,000.00).

## COUNT II – RESPONDEAT SUPERIOR
### (Defendant Kilby Farms)

23. Plaintiff incorporates by reference all prior Paragraphs of this Complaint as if fully set forth herein.

24. Defendant Kilby Farms was the owner, co-owner and or contractor of the vehicle being operated by Defendant Delinger at the time of the occurrence.

25. The above-described acts of Defendant Delinger were committed while acting as an agent, servant and/or employee of Defendant Kilby Farms in that Defendant Delinger was operating the vehicle with Defendant Kilby Farms' knowledge, consent, and permission, while transporting its goods primarily for the benefit of Defendant Kilby Farms, and at all times, Defendant Kilby

6

Farms retained direction, supervision, and control over Defendant Delinger's operation of the vehicle.

26. That Defendant Delinger was otherwise and in other manners, acting as the agent and/or employee of Defendant Kilby Farms.

27. That above-described acts of Defendant Delinger were committed while in the scope of his employment and/or agency, and/or contractual duty, and while furthering the personal, corporate, and financial interests of Defendant Kilby Farms.

28. Because Defendant Delinger was acting as an agent, servant, and/or employee of Defendant Kilby Farms and in furtherance of its interests, Defendant Kilby Farms is responsible for all of the acts committed by Defendant Delinger while in the scope of his agency and/or employment, including the collision in this case that caused the Plaintiff's injuries.

WHEREFORE, the Plaintiff, Jennifer Daigle, demands judgment against Defendant, Kilby Farms in an amount in excess of seventy-five thousand dollars ($75,000.00).

Respectfully submitted,

Jason A.L. Timoll
The Law Offices of Jason A.L. Timoll, LLC
CPF No. CPF No. 0512150260
2330 W. Joppa Road, Suite 203
Lutherville, Maryland 21093
443-682-7076
jason@timoll-lawfirm.com

*Attorneys for Plaintiffs*

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands that her case be heard before a jury.

                                                Jason A.L. Timoll