| | | |
|---|---|---|
| JENNIFER DAIGLE<br>3457 Chestnut Avenue<br>Baltimore, Maryland 21211 | *<br><br>* | |
| Plaintiff | * | IN THE |
| v. | * | CIRCUIT COURT FOR |
| FLAHART TRANSPORT, INC<br>161 Sigman Road.<br>New Providence, Pennsylvania 17560 | *<br><br>* | BALTIMORE CITY |
| Serve on:<br>Benjamin Flahart<br>161 Sigman Road<br>New Providence Road, Pennsylvania 17560 | *<br><br><br>* | CASE NO. 24-C-22-003494 |
| And | * | |
| BRANDON DELINGER<br>94 Mount Pleasant Road<br>Paradise, Pennsylvania 17562 | *<br><br><br>*<br><br>* | |
| And | * | |
| KILBY FARMS, LLC<br>785 Firetower Rd.<br>Colora, Maryland 21911 | *<br><br>*<br><br>* | |
| Serve on:<br>Tracy Martin<br>32 Boyd Road<br>Rising Sun, Maryland 21911 | *<br><br>*<br><br>* | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Exhibit 5

## CONSENT AMENDMENT OF COMPLAINT BY INTERLINEATION

*COMES NOW PLAINTIFF*, by and through her counsel, Jason A.L. Timoll and the Law Office of Jason A.L. Timoll, and files this Amendment by Interlineation, to wit:

1. The complaint is amended to reflect that the name of the driver of the subject vehicle in the instant case should spelled "**BRANDON DENLINGER**", not "Brandon Delinger" as was written on the attendant Baltimore City Police report and originally filed in this case.

Respectfully submitted,

Jason A.L. Timoll
The Law Offices of Jason A.L. Timoll, LLC
CPF No. CPF No. 0512150260
2330 W. Joppa Road, Suite 203
Lutherville, Maryland 21093
443-682-7076
jason@timoll-lawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th[th] day of October 12, 2022, a copy of the foregoing was served via first-class mail, postage prepaid upon :

Heather A. Rice (CPF# 1112150050)
FRANKLIN AND PROKOPIK, PC
Two N. Charles St., Suite 600
Baltimore, Maryland 21201
Telephone:  410-230-3617
Facsimile:  410-752-6868
hrice@fandpnet.com

*Attorneys for Defendants*

                                                          Jason A.L. Timoll